Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

**Received**
**2024 JAN 22**
**CLERK**
**U.S. DISTRICT COURT**

Case: 2:24−cv−00058
Assigned To : Barlow, David
Assign. Date : 1/22/2024
Description: Lear v. Road Home et al

Nicholas Joseph Lear

_____
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

Road Home; UCA; Premier Security; SLPD;
SLLDA; SLCMJ; SLCSO; Utah Attorney
General's Office; 64 John Does; and,
Gail Miller's Resource Center
_____
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names. Do not include addresses here.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Jury Trial: *(check one)* ☑Yes ☐No

**FILED**
**2024 JAN 23 PM 1:23**
**CLERK**
**U.S. DISTRICT COURT**

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name *Mailing Only* { Nicholas Joseph Lear
Address    389 W. Winchester Ave.
    Murray        Ut    84107
        *City*        *State*        *Zip Code*
County    Salt Lake County
Telephone Number
E-Mail Address

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1
    Name    Gail Millers Resource Center
    Job or Title *(if known)*
    Address    242 W. Paramount Ave
        SLC        Ut.    84115
            *City*        *State*        *Zip Code*
    County    Salt Lake County
    Telephone Number
    E-Mail Address *(if known)*

    ☐ Individual capacity    ☒ Official capacity

Defendant No. 2
    Name    Road Home
    Job or Title *(if known)*
    Address    1415 South Main St
        SLC        Ut    84115
            *City*        *State*        *Zip Code*
    County    Salt Lake
    Telephone Number
    E-Mail Address *(if known)*

    ☐ Individual capacity    ☒ Official capacity

3. NAME OF ~~FIRST~~ **#5** DEFENDANT _Salt Lake City Police_
   IS A CITIZEN OF _475 South 300 East_
   _____ (City and State) _SLC, Ut. 84111_

   IS EMPLOYED AS _____ at _____.
   (Position and Title if Any)        (Organization)
   Was the defendant acting under the authority or color of state law at the time these claims occurred?

   YES ☒ NO ☐ If your answer is "YES" briefly explain.
   _Officers involved_
   _____
   _____

4. NAME OF ~~SECOND~~ **#6** DEFENDANT _Salt Lake Legal Defenders_
   (If applicable) _Association._
   _27 S E 200 C_
   IS A CITIZEN OF _SLC, Ut. 84111_
   _____ (City and State)

   IS EMPLOYED AS_____ at _____.
   (Position and Title if Any)        (Organization)
   Was the defendant acting under the authority or color of state law at the time these claims occurred?

   YES ☒ NO ☐ If your answer is "YES" briefly explain.
   _People envolved in obstruction of_
   _Justice & conspiracy_
   _____

5. NAME OF ~~THIRD~~ **#7** DEFENDANT _Salt Lake County metro Jail_
   (If applicable) _3415 South 900 West_
   IS A CITIZEN OF _SLC, Ut. 84119_
   _____ (City and State)
   IS EMPLOYED AS_____ at _____.
   (Position and Title if Any)        (Organization)

Was the defendant acting under the authority or color of state law at the time these claims occurred?

YES ☒ NO ☐   If your answer is "YES" briefly explain.

1) Where my body was taken
2) Obstruction of Justice + conspiracy
3) Cruel & Unusual punishment

6.   NAME OF ~~FOURTH~~ 8th DEFENDANT  Salt Lake County Sheriffs Office
     (If applicable)   3510 South  700 West
     IS A CITIZEN OF  SLC, Ut  84119
                     (city and State)

     IS EMPLOYED AS_____ at _____.
        (Position and Title if Any)      (Organization)
     Was the defendant acting under the authority or color of state law at the time these claims occurred?

YES ☒ NO ☐   If your answer is "YES" briefly explain.

Running Jail: SLCmS
_____
_____

(Use additional sheets of paper if necessary.)

**B. NATURE OF CASE**

1.   ~~Why are you bringing this case to court? Please explain the circumstances that led to the problem.~~
     Name of 9th Defendant: Utah Attorney Generals
     Address:  350 N. State St. Suite 230
     SLC, UT  84114
     County: Salt Lake County

     YES ☒   Know of: Obstruction of Justice,
                      conspiracy
     and 64 John Does to be named
     later.

Defendant No. 3

Name — *Premier Security*

Job or Title *(if known)*

Address — *832 W. Center St, #B*
*North Salt Lake*        *Ut,*        *84054*
　　　　　　　　　*City*　　　　　　　*State*　　　　　*Zip Code*

County — _____

Telephone Number — _____

E-Mail Address *(if known)* — _____

☐ Individual capacity　☒ Official capacity

Defendant No. 4

Name — *UCA: Utah Community Action*

Job or Title *(if known)*

Address — *1307 South 900 West*
*SLC*        *UT*        *84104*
　　　　　*City*　　　　　*State*　　　　*Zip Code*

County — _____

Telephone Number — _____

E-Mail Address *(if known)* — _____

☐ Individual capacity　☒ Official capacity

## II.　Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.　Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B.　Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C.　Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

1) 242 W. Paramount Ave; SLC, Ut. 84115
2) Salt Lake County Metro Jail.
3) 3900 South underpass at 300 West

B.    What date and approximate time did the events giving rise to your claim(s) occur?

02/12-13/2022 from 10:00pm — 4:00pm

C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

See Apendex A: Case # 24000002
Utah State Hospital Department
Victim Statement.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

**IV.    Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

See Apendex A: Case Number 24000002

**V.    Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

The Salt Lake City Police settled an out of court settlement for $38.8 Million in a shooting of a victim who lived. This was the bar set last year. 3 times this amount is $120 million. I am seeking others in like circumstances, with up to 1000 homeless being murdered, overdosed or missing, in a class action worth $120 Billion; however, I am only seeking $80 billion to cover the loss to all who would be part of this class.

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        01/11/2024

Signature of Plaintiff        _Nicholas Lear_

Printed Name of Plaintiff        Nicholas Joseph Lear

### B.    For Attorneys

Date of signing:        _____

Signature of Attorney        _____

Printed Name of Attorney        _____

Bar Number        _____

Name of Law Firm        _____

Address        _____

        _____
        City            State        Zip Code

Telephone Number        _____

E-mail Address        _____

Print        Save As...        Add Attachment        Reset