Apendex A:

A Statement of the crime of kidnapping, torture and attempted murder of myself

**Voluntary Statement**
Utah State Hospital Police Department

1300 E. Center Street,
Provo Utah 84601
Switchboard: 801-344-4400

Statement outlining crime of Kidnapping, torture and attempted murder.
Page 1 of 8

Case#: 24000002   Date: 1-2-2024   Time: 11:34 am
Full Name: Nicholas Joseph Lear
State EIN#: _____   DOB: 11-18-1967
Address: 389 W. Winchester Ave. (Mailing/Work)
City: Murray   State: Utah   Zipcode: 84107
Cell Phone: _____   Work Phone: 801-269-9111
Utah Landscape Const. Co.

Select One:
[✓] Victim  [ ] Witness  [ ] Reporting Party  [ ] Other (Specify): _____

NOTICE: Pursuant to Section 76-8-504.5 Utah Code annotated, 1653 as amended, you are notified that statements you are about to make may be presented to a magistrate or judge in lieu of your sworn testimony at a preliminary examination. **Any false statement you make, that you do not believe to be true, may subject you to criminal punishment as a Class A Misdemeanor.** I give this statement of my own free will. No promises, threats or coercion of any kind have been made to me by any Utah State Hospital Police Officer or Employee.

On 2/12-13/2022 I was with a female named Tish, who witnessed officers putting me in handcuffs, and then into a fabric body restraint that was velcroed into a metal frame, which had a metal plate under my feet attached by flat bars to a plate over my sternum. The two plates moved together, with the lower plate forcing my toes up and the upper plate closing over the sternum area. The sternum plate had an all-thread that had a handle on the outside, to screw through the threads in the plate, into the sternum.

OVER

Page 2 of 8

The fabric was black and the metal frame was yellow. After placing me in the device, I was repeatedly tazered on my left hand, and then given an injection of what I believe was Ketamine. I was again tazed until I stopped moving. This was done at 242 W. Paramount, Gail Millers Resourse Center, where both Tish and myself were registered at. This happened outside of the front door to the shelter, in front of at least one or two premier security guards, and two female staff from Gail Millers, Mielea and Liz. Mielea had called somebody saying "we need to handle this the old way" just prior to this crime of Kidnapping, torture and attempted murder by injection of me. Liz told the officers to "take him away" once I stopped moving.

I was taken to where the garage door on the South East end of SLCMS is located, next to the booking entrance into the vehicle sally-port. After a med-tech I believe named Jason, noticed my eyes dilating, and I was loaded into the vehicle, taken to another location, given another injection. I was later placed under the security cam at Gail miller's front door, and at 4:00 AM taken into SLPD custody a second time.

I have a SSLPD witness to this crime, among others.

Signature: Nicholas Lean   Date: 1-2-2024

Officer: [signature]   Badge#: 062

Case Number 24000002

24000002
Case Number


Public Safety Department

# UTAH STATE HOSPITAL

## Police Department

1300 E. Center Street

Provo, UT, 84606

## Voluntary Statement

NOTICE: Pursuant to Section 76-8-504.5 Utah Code annotated, 1953 as amended, you are notified that statements you are about to make may be presented to a magistrate or judge in lieu of your sworn testimony at a preliminary examination. Any false statement you make and that you do not believe to be true may subject you to criminal punishment as a Class A Misdemeanor.

I give this statement of my own free will. No promises, threats or coercion of any kind have been made to me by any Utah State Hospital Peace Officer.

After having read and understood the foregoing notice, I provide the following:

Name: Nicholas Joseph Lear          Date: 1-2-2024

State EIN: _____   D.O.B.: 11-18-1967   Time: 11:34 am

Address: 389 W. Winchester Ave. (Mailing/Work)

City: Murray   State: Ut   Zip: 84107

Phone #: _____   Work #: 801-269-9111
Utah Landscape Construction Co.

Circle One: (Victim) Witness Reporting Party Other (Specify): _____

To whom it may concern:

Events leading up to the 02/12-13/2022 crime of kidnapping, torture and attempted murder by injection of myself.

On 02/12/2022 at aprx 10:30 pm, I confronted Liz and Melea—two female

Page 1 of 2

## 24000002
Case Number

staff working at Gail Miller's Resource Center, about issues regarding their involvement with other homeless guests, and attacks against me because my being registered at G.M.R.C. as a sex offender. This took place in the G.M.R.C. lobby, in front of two male Premier Security guards, who also participated in the discussion, in which they accused me of having child porn on my labtop. I threatened to sue them for lying, and after I refused the offer from Liz to settle, Melea said they would handle this "the old way", and made a phone call stating the same. I called 911 four or five times during conversation, from GMRC phone. I was with an aprx. 28 year old handicap woman named Tish, who is missing one leg, when the crime took place.

Nicholas Lean                                1-2-2024
SIGNED                                       DATE

_____                            062
Officer                                      Badge #

Page 5 of 8

<u>24000002</u>
Case Number



**Public Safety Department**

# UTAH STATE HOSPITAL

## Police Department

1300 E. Center Street

Provo, UT, 84606

### Voluntary Statement

---

NOTICE: Pursuant to Section 76-8-504.5 Utah Code annotated, 1953 as amended, you are notified that statements you are about to make may be presented to a magistrate or judge in lieu of your sworn testimony at a preliminary examination. **Any false statement you make and that you do not believe to be true may subject you to criminal punishment as a Class A Misdemeanor.**

---

I give this statement of my own free will. No promises, threats or coercion of any kind have been made to me by any Utah State Hospital Peace Officer.

After having read and understood the foregoing notice, I provide the following:

Name: <u>Nicholas Joseph Lear</u>   Date: <u>1-2-2024</u>

State EIN: _____   D.O.B.: <u>11-18-1967</u>   Time: <u>11:34 am</u>

Address: <u>389 W. Winchester Ave,</u> (Mailing/Work)

City: <u>Murray</u>   State: <u>Utah</u>   Zip: <u>84107</u>

Phone #: _____   Work #: <u>801-269-9111</u>
<u>Utah Landscape Construction Co.</u>

Circle One: (Victim)  Witness  Reporting Party  Other (Specify): _____

To whom it may concern:

Events after my body was taken from SLCMJ during 02/12-13/2022 crime of kidnapping, torture and attempted murder of myself: After SLCMJ med-tech noticed my eyes dilating, I was loaded back into

Page 1 of 2

Officer: [signature]   Badge#: 062

<u>24000002</u>
Case Number

vehicle, and taken to another location, the physical landmarks matching that of the 3900 South overpass, at the GENEVA Concrete entrance. I was removed from vehicle, given another injection, and tortured until I lost consciousness.

I was in-and-out of consciousness during the 4:00AM SLPD arrest of myself, taken into custody under the security cam at the front door to GMRC. I GRAMA Requested the footage of the sec cam, but GMRC destroid the footage. After regaining consciousness at SLCMJ on 02/13/2022 I returned to GMRC, where workers were removing the computers.

On 02/15/2022 I told therapist Micheal Nope from "Path" of crime, and at aprx 2:15pm SSLPD property officer informed me that I had been arrested at "Hope st." The Road Home case worker Robbie Briggs-Woodliff knows this.

Nicholas Lem                                1-2-2024
SIGNED                                       DATE

✳ SSLPD officer may have said "vine st", but assured me it was not at 2412 W. paramount Ave, the address to GMRC.

Case Number 24000002    Page 2 of 4

Interior of SLCMJ room. I recall my body delivered to during 02/12-13/2022 Kidnapping...

[Diagram of room with labels 1 (left wall), 2 (top and right, steps to platform), 3 (right, doors), 4 (bottom, possible garage door exit)]

1) Garage door entered.
2) Steps to platform aprx 3' above floor.
3) Doors leading from area.
4) Possible Garage door exit.

Statement:

There were several people in this room when my body was delivered. A SLCMJ med-tech noticed my pupils dilating. I believe his name is Jason. He then addressed those driving, I was loaded back into vehicle and taken to another location.   Nicholas Kean  1-2-2024

Case Number 24000002

Outline of Salt Lake County Metro Jail, and possible room location where my Kidnapped body was taken to during 02/12-13/2022 crime of Kidnapping, torture, and attempted murder of myself.



1) Gate into vehicle vestible.
2) Vehicle Vestible, parking for officers delivering new arrests.
3) Booking entrance from vehicle vestible.
4) Possible room my body was taken during Kidnapping, torture and attempted murder of myself.

Nicholas Lean   1-2-2024

Apendex B

Documents supporting my assertions of Defendents conspiracy and obstruction of justice; and, cruel and unusual punishments, denial of bail.

23-091001G




# Salt Lake County Sheriff's Office

## Corrections Bureau

### Prisoner Grievance Form

Prisoner Name: Nicholas Lear     SO #: 387554     Housing Assignment: OD-29B

Date: 09/09/23   Description of Grievance: This jail has blocked my phone so I can not call family, friends, my boss, even blocked my ability to call "Bail Bondsman", this DissOOK issue obstructs my ability for bail, and obstructs my ability to contact the FBI and report the 02/12-13/2022 kidnapping, torture and attempted murder of myself. This sound like violating my civil rights, to you? ME TOO!

***Do not write beyond this point - For Jail Staff Only***

Read and Received by Officer: _____ IS# _____ Date _____ Time _____

Routed by: ✓  Name: M Pierce   IS# E89  Date 9/10/23  Time 0225

Housing ___ Processing ___ Services ✓ Support ___ Programs ___ Security ___ Other ___
Telephones

Reply: Mr Lear, thank you for bringing this issue to our attention. As I have discussed with our Services team that handles the prisoner phones, this matter shows as resolved. You have ability call. At the time, you were given restrictions for violating Prisoner Rule Book (116)(F) Telephone harrassment, including repeated, unwanted, threatening telephone, use is Prohibited. You are cautioned that any future complaints of telephone harassment is a crime and may result in criminal charges and/or disciplinary action through the jail.

Disposition by: Sgt. Rohde    IS# L45  Date 09/21/2023  Time: 1139
Returned to Prisoner by: _____ IS# 14114  Date 9/26/23  Time: 8:25

Routing:  Pink – Prisoner's Receipt     Yellow – Prisoner's Copy of Reply     White – Administration

Revised – June 2015     FORM-JAIL017     GRAMA – Public/Protected     Retention: Permanent  RECEIVED SEP 2 5 2023

Security

Received 09-11-2023 HU4

RECEIVED SEP 1 1 2023

23-091001A

# Salt Lake County Sheriff's Office
## Corrections Bureau
### Prisoner Grievance Appeal Form

Prisoner Name: Nichola Lear   S.O.#: _____   Housing Assignment: 8-D-29-B

Date: 10/1/2023   Appeal Topic: 23-091001A Retaliation of ___   Date of Initial Grievance: _____

Why was the initial grievance response unacceptable?: My telephone is still blocked in the continued obstruction of justice and conspiracy to commit the crime of kidnapping, torture, and attempt murder of my hostage taken 02/12/15, data coerced in investigation for the crime of 09/06/____

What is the specific remedy you seek?: I want the ___ Bail Bondsman, Civil ___ lawyer and other ___ I want case number for obstruction of ___ of abduction on 02/12/15 crime scene ___

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* FOR JAIL STAFF USE ONLY \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

Received by Officer: Smith   IS#: R52   Date: 10/02/2023

Routed to Division Administrator by Supervisor: Sgt Pierce   IS#: J89

☐ Court Services  ☒ Housing  ☐ Processing  ☐ Services  ☐ Support  ☐ Other: _____

Mr. Lear,

As explained in your original grievance, you were on telephone restriction due to violating rule 16(E) Telephone Harassment. You now have the ability to use the prisoner phones. However, further violations of this rule could result in criminal chargers or and/or further disciplinary action through the jail.

Thank you,

Disposition by: Capt R Green   IS#: J47   Date: 10/7/23   Time: 1200

Returned to Prisoner by: _____   IS#: _____   Date: 10/7/23   Time: 1212

Housing D   Pink- Prisoner's Receipt   Yellow- Prisoner's Copy of Reply   White- Administration

Received 10-04-2023 HU4

09-01-01

RECEIVED OCT 04 2023

 

# Salt Lake County Sheriff's Office

## Corrections Bureau

Prisoner Grievance Form

Prisoner Name: Nicholas Lear   SO # 385/550   Housing Assignment: 3-11-32

Date: 09/1/23   Description of Grievance: The administration is using the jail disciplinary process to obstruct justice by obstructing my ability to contact the FBI, to report the 02/12-13/2022 crime of kidnapping, torture, and attempted murder of myself, who is and was homeless. People working at the jail were involved, and protecting those, and derailing my settlement out of court for $40 billion is why. I suspect organ harvesting & food stamp/medical fraud.

***Do not write beyond this point - For Jail Staff Only***

Read and Received by Officer: Hansen   IS# RC3   Date 04-1-23   Time 1433

Routed by: _____ Name _____ IS# _____ Date _____ Time _____

Housing_____ Processing_____ Services_____ Support_____ Programs_____ Security_____ Other_____

Reply: This is a non-grievable matter please look at Section 30 in the rule book.

Disposition by: Hansen   IS# RC3   Date 04/1/23   Time: 1454
Returned to Prisoner by: Phan   IS# RC9   Date 09/1/23   Time: 1822

*Routing:*   Pink — Prisoner's Receipt        Yellow — Prisoner's Copy of Reply        White — Administration

Revised – June 2015        FORM-JAIL017        GRAMA – Public/Protected        Retention: Permanent

*Pink sent to Judge Welsh*


# Salt Lake County Sheriff's Office


## Corrections Bureau

### Prisoner Grievance Form

Prisoner Name: **Nicholas Lear**   SO # **387554**   Housing Assignment **8-D-29**

Date: **10/23/23**   Description of Grievance: **Author L96 responded to my KIOS Gang/Crime Tips disclosure regarding the 02/12-13/2022 Kidnapping, Torture & attempted murder by injection of myself, with the answere that Author L96 contacted the LDAs, and the LDAs said my claims were unfounded. The LDAs are not police. I want the FBI informed of the Kidnapping, and the case # to Author L96's investigation.**

---
***Do not write beyond this point - For Jail Staff Only***

---

Read and Received by Officer: **Loiselle**   IS# **RE6**   Date **10-23-23**   Time **1440**

Routed by: _____Name_____IS#_____Date_____Time_____

Housing_____ Processing_____ Services_____ Support_____ Programs_____ Security_____ Other_____

Reply: **Mr. Lear**

**You cannot (grieve) this.**

**Thank you.**

Disposition by: **Sgt Molen**   IS# **MM6**   Date **10/23/23**   Time: **1620**
Returned to Prisoner by: **Sgt Mol.**   IS# **MM6**   Date **10/23/23**   Time: **1750**

*Routing:*   Pink — Prisoner's Receipt     Yellow — Prisoner's Copy of Reply     White — Administration

Revised – June 2015     FORM-JAIL017     GRAMA – Public/Protected     Retention: Permanent

23-100704G




# Salt Lake County Sheriff's Office

## Corrections Bureau

Prisoner Grievance Form

Prisoner Name: Nicholas Lear   SO #: 3375554   Housing Assignment: 8D-29

Date: 10/07/23   Description of Grievance: On 09/06/2023 at 9:30am in 8-D-29, USIA officer Conrad questioned Myself, Nicholas Lear, about the 02/12-13/2022 crime of Kidnapping, Torture and Attempted Murder of me, and my subsequent attempts to have the FBI contacted to report this crime. Luise Valle was present in my/his cell when during questioning, Conrad threatened charges if I attempted FBI contact, because he was now investigating 02/12-13/2022 crime. I want case number to Conrad's report, and where is Luise Valle?

***Do not write beyond this point - For Jail Staff Only***

Read and Received by Officer: _____   IS#: 789   Date: 10/7/23   Time: 1707

Routed by: ____ Name _____   IS#: 789   Date: 10/8/23   Time: 0613

Housing_____ Processing_____ Services_____ Support_____ Programs_____ Security_____ Other_____

Prisoner Lear,

Reply: This answer is in response to your grievance submitted on 10/07/2023, concerning your complaint.

The above complaint is non-grievable to the conditions of the jail for which you are currently being held for under section (30) of the grievances in the prisoner handbook. Please take time to review the Prisoner Handbook which you have access to in your housing area. This has nothing to do with your conditions of your current conditions or treatment.

Your crime tip information regarding this complaint was investigated under SO23-11709 and there was no evidence to support your claim. It did show that you were arrested by Salt Lake City Police Department 2/12/2022. You were transported in a soft restraint body wrap by Salt Lake City Police Department due to being combative and the jail was asked for assistance in bringing you into the jail. During the course of the investigation, complaints had been come in from the Utah food Bank and JRRP of telephone calls made to them, regarding you contacting them. You were cautioned to no longer to make any further harassing calls for which you were put on restrictions for which is a crime under Utah Code 76-5-106 and a violation of the prisoner rule (16) Telephones rule (F). This matter is answered and will not be further investigated.

Disposition by: Sgt _____   IS#: 245   Date: 11/03/2023   Time: 0728

Returned to Prisoner by: _____   IS#: 789   Date: 11/3/2023   Time: 0947

Routing:   Pink — Prisoner's Receipt      Yellow — Prisoner's Copy of Reply      White — Administration

Revised – June 2015      FORM-JAIL017      GRAMA – Public/Protected      Retention: Permanent

Security

Received 10-09-2023 HU4

RECEIVED OCT 09 2023

 

# Salt Lake County Sheriff's Office

## Corrections Bureau

### Prisoner Grievance Form

Prisoner Name: **Nicholas Leai**   SO # **387554**   Housing Assignment: **8-H-24**

Date: **11/2/23**   Description of Grievance: I met with the competency restoration therapist Bruce Bishop on three occasions, and, after two sessions in which Bruce could not explain Dr. Giles finding me incompetent, on 10/25/23, Bruce told me that my competency hinges on my assertions or denial of the 02/12-13/2022 kidnapping, torture & attempted murder of me. I refuse to lie, and refuse to be subjected to this. I want the Honorable Judge Welch to know!

***Do not write beyond this point - For Jail Staff Only***

Read and Received by Officer: _____ IS# _____ Date _____ Time _____

Routed by: _____ Name _____ IS# _____ Date _____ Time _____

Housing _____ Processing _____ Services _____ Support _____ Programs _____ Security _____ Other _____

Reply: **Recieved by Moser RF2**

___

Disposition by: _____ IS # _____ Date __/__/__ Time: _____
Returned to Prisoner by: _____ IS # _____ Date __/__/__ Time: _____

Routing:   Pink — Prisoner's Receipt        Yellow — Prisoner's Copy of Reply        White — Administration

Revised – June 2015        FORM-JAIL017        GRAMA – Public/Protected        Retention: Permanent