USH - N. LEAR
1300 E. CENTER ST
PROVO, UT
84606

Retail





84101

RDC 99

U.S. POSTAGE PAID
FCM LG ENV
PLEASANT GROVE
UT 84062
JAN 19, 2024
**$3.03**
R2303S102881-15

U.S. DISTRICT COURT
DISTRICT OF UTAH
351 S. TEMPLE ST.
SLC, UT 84101