Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

RECEIVED US Dist Court-UT
JAN 22 '24 PM04:18

Case: 2:24-cv-00058
Assigned To : Barlow, David
Assign. Date : 1/22/2024
Description: Lear v. Road Home et al

Nicholas Joseph Lear
_____
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

)
)
)
)
)
)
)

Jury Trial: *(check one)* ☑Yes ☐No

Road Home; UCA; Premier Security; SLPD;
SLLDA; SLCMJ; SLCSO; Utah Attorney
General's Office; 64 John Does; and,
Gail Miller's Resource Center
_____
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names. Do not include addresses here.)*

)
)
)
)
)
)
)

FILED IN UNITED STATES DISTRICT
COURT, DISTRICT OF UTAH

JAN 23 2024

GARY P. SERDAR
CLERK OF COURT
BY _____
DEPUTY CLERK

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name
Address  Mailing
         Only

Nicholas Joseph Lear
389 W. Winchester ave.
Murray          Ut     84107
        *City*          *State*     *Zip Code*

County
Telephone Number
E-Mail Address

Salt Lake County

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name
Job or Title *(if known)*
Address

Gail Millers Resource Center
242 W. Paramount Ave
SLC          Ut,      84115
      *City*          *State*     *Zip Code*

County
Telephone Number
E-Mail Address *(if known)*

Salt Lake County

☐ Individual capacity    ☒ Official capacity

Defendant No. 2

Name
Job or Title *(if known)*
Address

Road Home
1415 South Main St
SLC          Ut       84115
      *City*          *State*     *Zip Code*

County
Telephone Number
E-Mail Address *(if known)*

Salt Lake

☐ Individual capacity    ☒ Official capacity

3.   NAME OF FIRST DEFENDANT _Salt Lake City Police_ #5
     IS A CITIZEN OF _475 South   300 East_
                    (City and State) _SLC, Ut.   84111_

     IS EMPLOYED AS _____ at _____.
             (Position and Title if Any)      (Organization)
     Was the defendant acting under the authority or color of state law at the time these
     claims occurred?

     YES ☒ NO ☐ If your answer is "YES" briefly explain.
     _Officers involved_
     _____
     _____

4.   NAME OF SECOND DEFENDANT _Salt Lake Legal Defenders_ #6
     (If applicable)  _Association._
     IS A CITIZEN OF _275 E 200 S_
                     _SLC, Ut. 84111_
                    (City and State)

     IS EMPLOYED AS _____ at _____.
             (Position and Title if Any)      (Organization)
     Was the defendant acting under the authority or color of state law at the time these
     claims occurred?

     YES ☒ NO ☐ If your answer is "YES" briefly explain.
     _People envolued in obstruction of_
     _Justice & conspiracy_
     _____

5.   NAME OF THIRD DEFENDANT _Salt Lake County metro Jail_ #7
     (If applicable)  _3415 South   900 West_
     IS A CITIZEN OF _SLC, Ut.   84119_
                    (City and State)
     IS EMPLOYED AS _____ at _____.
             (Position and Title if Any)      (Organization)

Was the defendant acting under the authority or color of state law at the time these claims occurred?

YES ☒ NO ☐   If your answer is "YES" briefly explain.

1) Where my body was taken
2) Obstruction of Justice & conspiracy
3) Cruel & Unsual punishment

6.  NAME OF ~~FOURTH~~ 8th DEFENDANT Salt Lake County Sheriffs Office
    (If applicable)   3510 South 700 West
    IS A CITIZEN OF SLC, Ut 84119
    (city and State)

IS EMPLOYED AS_____ at _____.
    (Position and Title if Any)   (Organization)
    Was the defendant acting under the authority or color of state law at the time these claims occurred?

YES ☒ NO ☐   If your answer is "YES" briefly explain.

Running Jail: SLCMS

(Use additional sheets of paper if necessary.)

B. NATURE OF CASE

1.  Why are you bringing this case to court? Please explain the circumstances that led to the problem.
    Name of 9th Defendant: Utah Attorney Generalds,
    Address: 350 N. State St. Suite 230
    SLC, UT 84114
    County: Salt Lake County
    Yes ☒   Know of: Obstruction of Justice,
    Conspiracy
    and 64 John Does to be named later.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

Defendant No. 3

Name    Premier Security

Job or Title *(if known)*

Address    832 W. Center St. #B

North Salt Lake    Ut.    44054
*City*    *State*    *Zip Code*

County

Telephone Number

E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

Defendant No. 4

Name    UCA: Utah Community Action

Job or Title *(if known)*

Address    1307 South    900 West

SLC    JT    84104
*City*    *State*    *Zip Code*

County

Telephone Number

E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

1) 242 W. Paramount Ave, SLC, Ut. 84115
2) Salt Lake County Metro Jail.
3) 3900 South underpass at 300 West

B.    What date and approximate time did the events giving rise to your claim(s) occur?

02/12-13/2022   from 10:00pm - 4:00pm

C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

See Apendex A: Case # 24000002
Utah State Hospital Department
Victim Statement.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV.   Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

See Apendex A: Case Number 24000002

## V.   Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

The Salt Lake City Police settled an out of court settlement for $38.8 million in a shooting of a victim who lived. This was the bar set last year. 3 times this amount is $120 million. I am seeking others in like circumstances, with up to 1000 homeless being murdered, overdosed or missing, in a class action worth $120 billion; however, I am only seeking $80 billion to cover the loss to all who would be part of this class.

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   01/11/2024

Signature of Plaintiff   _Nicholas Lear_

Printed Name of Plaintiff   Nicholas Joseph Lear

### B.   For Attorneys

Date of signing:   _____

Signature of Attorney   _____

Printed Name of Attorney   _____

Bar Number   _____

Name of Law Firm   _____

Address   _____

| | City | State | Zip Code |

Telephone Number   _____

E-mail Address   _____

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

```
                                    )
                                    )
                                    )
Nicholas Lear                       )
            Plaintiff(s)            )
                                    )
        v.                          )   Civil Action No.
                                    )
                                    )
Gail Millers Resource Center        )
            Defendant(s)            )
```

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____                    _____
                                         *Server's signature*

                                         _____
                                         *Printed name and title*


                                         _____
                                         *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

)
)
)
Nicholas Lear )
)
_____ )
Plaintiff(s) )
v. )               Civil Action No.
)
)
)
The Road Home )
)
_____ )
Defendant(s) )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

_____ District of _____

| | |
|---|---|
| )<br>)<br>)<br>Nicholas Lear<br>*Plaintiff(s)*<br>)<br>v.<br>)<br>)<br>)<br>Premier Security<br>*Defendant(s)*<br>) | )<br>)<br>)<br>)<br>)<br>)<br><br>Civil Action No.<br><br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

was received by me on *(date)*                              .

☐ I personally served the summons on the individual at *(place)*

                                                            on *(date)*                    ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

                                        , a person of suitable age and discretion who resides there,

on *(date)*                    , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*                                        , who is

designated by law to accept service of process on behalf of *(name of organization)*

                                                            on *(date)*                    ; or

☐ I returned the summons unexecuted because                                              ; or

☐ Other *(specify):*


My fees are $                  for travel and $                  for services, for a total of $                  .

I declare under penalty of perjury that this information is true.


Date:

                                        _____
                                                *Server's signature*

                                        _____
                                                *Printed name and title*

                                        _____
                                                *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

|  |  |  |
|---|---|---|
| Nicholas Lear | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. |
| | ) | |
| UCA: Utah Community Action | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

was received by me on *(date)*                    .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

)
)
)
)
Nicholas Lear )
*Plaintiff(s)* )
)
v. ) Civil Action No.
)
)
)
Salt Lake Police Department )
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

was received by me on *(date)*                    .

☐ I personally served the summons on the individual at *(place)*

on *(date)*                    ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)*                    , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*                    , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)*                    ; or

☐ I returned the summons unexecuted because                    ; or

☐ Other *(specify):*

My fees are $              for travel and $              for services, for a total of $              .

I declare under penalty of perjury that this information is true.

Date:

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

```
                                    )
                                    )
                                    )
Nicholas Lear                       )
        Plaintiff(s)                )
                                    )
            v.                      )     Civil Action No.
                                    )
                                    )
SLLPA                               )
                                    )
        Defendant(s)                )
```

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

)
)
)
)
Nicholas Lean )
*Plaintiff(s)* )
v. ) Civil Action No.
)
)
)
SLCMJ )
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

was received by me on *(date)*                    .

☐ I personally served the summons on the individual at *(place)*

on *(date)*                    ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)*                    , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*                    , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)*                    ; or

☐ I returned the summons unexecuted because                    ; or

☐ Other *(specify):*

My fees are $                    for travel and $                    for services, for a total of $                    .

I declare under penalty of perjury that this information is true.

Date:

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

|  |  |  |
|---|---|---|
| Nicholas Lear | ) ) ) ) ) | |
| *Plaintiff(s)* | | |
| v. | ) | Civil Action No. |
| | ) ) ) | |
| SLC SO | ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

was received by me on *(date)*                    .

☐ I personally served the summons on the individual at *(place)*

on *(date)*                    ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)*                    , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*                    , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)*                    ; or

☐ I returned the summons unexecuted because                    ; or

☐ Other *(specify):*

My fees are $                    for travel and $                    for services, for a total of $                    .

I declare under penalty of perjury that this information is true.

Date:

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

)
)
)
)
Nicholas Lear
_____
*Plaintiff(s)*
)
)
)
v.                                    )    Civil Action No.
)
Utah
)
Attorney Generals
_____
*Defendant(s)*
)
)
)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                    _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

was received by me on *(date)*                    .

&#9633; I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

&#9633; I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

&#9633; I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

&#9633; I returned the summons unexecuted because _____ ; or

&#9633; Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*


_____
*Server's address*

Additional information regarding attempted service, etc:

Apendex A:

A Statement of the crime of
Kidnapping, torture and attempted murder
of myself

**Voluntary Statement**
Utah State Hospital Police Department

1300 E. Center Street,
Provo Utah 84601
Switchboard: 801-344-4400

Statement outlining Crime, of
Kidnapping, torture and attempted murder.
Page 1 of 8

Case#: 24000002   Date: 1-2-2024   Time: 11:34 am

Full Name: Nicholas Joseph Lear

State EIN#: _____   DOB: 11-18-1967

Address: 389 W. Winchester Ave. (Mailing/Work)

City: Murray   State: Utah   Zipcode: 84107

Cell Phone: _____   Work Phone: 801-269-9111

Utah Landscape Const. Co.

Select One:

☑ Victim ☐ Witness ☐ Reporting Party ☐ Other (Specify): _____

NOTICE: Pursuant to Section 76-8-504.5 Utah Code annotated, 1653 as amended, you are notified that statements you are about to make may be presented to a magistrate or judge in lieu of your sworn testimony at a preliminary examination. **Any false statement you make, that you do not believe to be true, may subject you to criminal punishment as a Class A Misdemeanor.** I give this statement of my own free will. No promises, threats or coercion of any kind have been made to me by any Utah State Hospital Police Officer or Employee.

On 2/12-13/2022 I was with a Female named Tish, who witnessed Officers putting me in handcuffs, and then into a fabric body restraint that was velcroed into a metal frame, which had a metal plate under my feet attached by flat bars to a plate over my sternum. The two plates moved together, with the lower plate forcing my toes up and the upper plate closing over the sternum area. The sternum plate had an all-thread that had a handle on the outside, to screw through the threads in the plate, into the sternum.

OVER

Page 2 of 8

The fabric was black and the metal frame was yellow. After placing me in the device, I was repeatedly tazered on my left hand, and then given an injection of what I believe was Ketamine. I was again tazed until I stopped moving. This was done at 242 W. Paramount, Gail Millers Resourse Center, where both Tish and myself were registered at. This happened outside of the front door to the shelter, in front of at least one or two premier security guards, and two Female Staff from Gail Millers, Mielea and Liz. Mielea had called somebody saying "We need to handle this the old way" just prior to this crime of Kidnapping, torture and attempted murder by injection of me. Liz told the officers to "take him away" once I stopped moving.

I was taken to where the garage door on the South East end of SLCMS is located, next to the booking entrance into the vehicle sally-port. After a med-tech I believe named Jason, noticed my eyes dilating, and I was loaded into the vehicle, taken to another location, given another injection. I was later placed under the security cam at Gail miller's front door, and at 4:00 Am taken into SLPD custody a second time. I have a SSLPD witness to this crime, among others.

Signature: [signature]     Date: 1-2-2024

Officer: [signature]     Badge#: 0162

Case Number 24000002

24000002

Case Number



Public Safety Department

# UTAH STATE HOSPITAL

## Police Department

1300 E. Center Street

Provo, UT, 84606

## Voluntary Statement

--------------------------------------------------------------------------------

NOTICE: Pursuant to Section 76-8-504.5 Utah Code annotated, 1953 as amended, you are notified that statements you are about to make may be presented to a magistrate or judge in lieu of your sworn testimony at a preliminary examination. **Any false statement you make and that you do not believe to be true may subject you to criminal punishment as a Class A Misdemeanor.**

--------------------------------------------------------------------------------

I give this statement of my own free will. No promises, threats or coercion of any kind have been made to me by any Utah State Hospital Peace Office:.

After having read and understood the foregoing notice, I provide the following:

Name: Nicholas Joseph Lear      Date: 1-2-2024

State EIN: _____     D.O.B.: 11-18-1967      Time: 11:34 am

Address: 389 W. Winchester Ave. (Mailing/work)

City: Murray     State: Ut     Zip: 84107

Phone #: _____     Work #: 801-269-9111

Circle One: (Victim) Witness Reporting Party Other (Specify): Utah Landscape Construction Co.

To whom it may concern:

Events leading up to the 02/12-13/2022 crime of Kidnapping, torture and attempted murder by injection of myself. On 02/12/2022 at aprx 10:30 pm, I confronted Liz and Melea—two female

Page 1 of 2

24000002
Case Number

Staff working at Gail Miller's Resource
Center, about issues regarding their
involvement with other homeless
guests, and attacks against me, because
my being registered at G.M.R.C. as a
sexoffender. This took place in the
G.M.R.C. lobby, in front of two male'
Premier Security guards, who also
participated in the discussion, in which
they accused me of having child porn
on my labtop. I threatened to sue them
for lying, and after I refused the offer
from Liz to settle, Melea said they
would handle this "the old way" and made
a phone call stating the same. I called
911 four or five times during conversation,
from GMRC phone. I was with an aprix.
28 year old handicap woman named Tish,
who is missing one leg, when the crime
took place.

Nicholas Dean                         1-2-2024

SIGNED                              DATE

                                   062

Officer                            Badge #

Page 2 of 2

Page 5 of 5

24000002
Case Number


Public Safety Department

UTAH STATE HOSPITAL

Police Department

1300 E. Center Street

Provo, UT, 84606

## Voluntary Statement

NOTICE: Pursuant to Section 76-8-504.5 Utah Code annotated, 1953 as amended, you are notified that statements you are about to make may be presented to a magistrate or judge in lieu of your sworn testimony at a preliminary examination. **Any false statement you make and that you do not believe to be true may subject you to criminal punishment as a Class A Misdemeanor.**

I give this statement of my own free will. No promises, threats or coercion of any kind have been made to me by any Utah State Hospital Peace Officer.

After having read and understood the foregoing notice, I provide the following:

Name: Nicholas Joseph Lear                Date: 1-2-2024

State EIN: _____    D.O.B.: 11-18-1967       Time: 11:34am

Address: 389 W. Winchester Ave,          (Mailing/Work)

City: Murray    State: Utah Zip: 84107

Phone #: _____    Work #: 801-269-9111
                    Utah Landscape Construction Co.

Circle One: (Victim) Witness  Reporting Party  Other (Specify): _____

To whom it may concern:

Events after my body was taken
from SLCMJ during 02/12-13/2022 crime of
Kidnapping, torture and attempted murder of
myself: After SLCMJ med-tech noticed my
eyes dilating, I was loaded back into

Page 1 of 2

Officer: _____              Endart: 062

Page 6 of 8

24000002
Case Number

vehicle, and taken to another location,
the physical landmarks matching that of
the 3900 South overpass, at the GENEVA
Concrete entrance. I was removed from
vehicle, given another injection, and
tortured until I lost consciousness.

I was in-and-out of consciousness during
the 4:00AM SLPD arrest of myself, taken into
custody under the security cam at the front
door to GMRC,-I GRAMA Requested the
footage of the sec cam, but GMRC destroid
the footage. After regaining consciousness
at SLCMJ on 02/13/2022 I returned to
GMRC, where workers were removing the
computers.

On 02/15/2022 I told therapist Micheal
Nope from "Path" of crime, and at aprx 2:15pm
SSLPD property officer informed me that I
had been arrested at "Hope St." The Road Home
Case Worker Robbie Briggs-Woodliff knows this.

Nicholas Lew                          1-2-2024
SIGNED                                DATE

* SSLPD officer may have said "vine st", but
assured me it was not at 2412 W. Paramount Ave,
the address to G.M.R.C.

Interior of SLCMJ room I recall my body delivered to during 02/12-13/2022 Kidnapping...

2→
3
←1
2
4↓

1) Garage door entered.
2) Steps to platform aprx 3' above floor.
3) Doors leading from area,
4) Possible Garage door exit.

Statement:

There were several people in this room when my body was delivered. A SLCMJ med-tech noticed my pupils dilating. I believe his name is Jason. He then addressed those driving, I was loaded back into vehicle and taken to another location. Nicholas Lean 1-2-2024

Case Number 24000002

Outline of Salt Lake County Metro
Jail, and possible room location where
my Kidnapped body was taken to during
02/12-13/2022 Crime of Kidnapping, torture,
and attempted murder of myself.



1) Gate into vehicle vestible.
2) Vehicle Vestible, parking for officers
   delivering new arrests.
3) Booking entrance from vehicle vestible.
4) Possible room my body was taken
   during Kidnapping, torture and attempted
   murder of myself.

        Nicholas Lean     1-2-2024

Apendex B

Documents Supporting my assertions
of Defendents conspiracy and obstruction
of justice; and, cruel and unusual punishments
denial of bail.



# Salt Lake County Sheriff's Office

## Corrections Bureau

### Prisoner Grievance Form

Prisoner Name: Nicholas Lear    SO # 387554    Housing Assignment 8-D-29-B

Date: 09/09/23    Description of Grievance: This jail has blocked my phone so I can not call family, friends, my boss, even blocked my ability to call "Bail Bonds Man"; this issue obstructs my ability for bail, and obstructs my ability to contact the FBI and report the 02/12-13/2022 kidnapping, torture and attempted murder of myself. This sound like violating my civil rights to you? METOO!

***Do not write beyond this point - For Jail Staff Only***

Read and Received by Officer: _____    IS# _____ Date = 9-9-23 Time ____

Routed by: ✓ Name H. Ponce    IS# E89 Date 9/10/23 Time 0725

Housing____ Processing____ Services ✓ Support____ Programs____ Security____ Other____
Telephones

Reply: Mr. Lear, thank you for bringing this issue to our attention. As I have discussed with our services team that handles the prisoner phones, this matter shows as resolved. "You have ability to call. At the time, you were given restrictions for violating Prisoner Rule Book (1.6)(F) Telephone harrassment, including repeated, unwanted, threatening, telephone, use is Prohibited. You are cautioned that any future complaints of telephone harrassment is a crime and may result in criminal charges and/or disciplinary action. through the jail.

Disposition by: Sgt. Rohde    IS# 145 Date 09/27/2023 Time: 1139
Returned to Prisoner by: Willhogg IS# 1414 Date 9/29/23 Time: 8:29

Routing:    Pink – Prisoner's Receipt    Yellow – Prisoner's Copy of Reply    White – Administration

Revised – June 2015    FORM-JAIL017    GRAMA – Public/Protected    Return to PrisonerSEP 2 5 2023

**Security**

**Received 09-11-2023 HU4**

RECEIVED SEP 1 1 2023

# Salt Lake County Sheriff's Office
## Corrections Bureau
### Prisoner Grievance Appeal Form



Prisoner Name: Nicholas Lear    S.O.# 387554    Housing Assignment: 8-D-29-B

Date: 10/02/2023   Appeal Topic: 23-0910001G/Obstruction of
Just... Date of Initial Grievance: 09/01/2023

Why was the initial grievance response unacceptable?: My telephone is still blocked,
in the continued obstruction of Justice and conspiracy
to commit the crime of kidnapping, torture + attempted
murder of Myself, which began on 02/12-13/2023, UGTA
Conrad is investigating this crime, as of 09/06/2023.

What is the specific remedy you seek?: I want to be able to call
Bail Bondsman, Civil Rights Lawyers and others; also,
I want case number for UGTA Conrad's investigation
of aforementioned 02/12-13/2023 crime against Me.

************** FOR JAIL STAFF USE ONLY *******************

Received by Officer: Smith    IS#: RE2   Date: 10/02/2023

Routed to Division Administrator by Supervisor: Sgt Pierce    IS#: 589

☐ Court Services   ☒ Housing   ☐ Processing   ☐ Services   ☐ Support   ☐ Other: _____

~~Mr. Lear,~~

~~As explained in your original grievance, you were on telephone restriction due to violating rule~~
~~16(E) Telephone Harassment. You now have the ability to use the prisoner phones. However,~~
~~further violations of this rule could result in criminal chargers or and/or further disciplinary~~
~~action through the jail.~~

~~Thank you,~~

Disposition by: capt RGreen  IS#: JW7   Date: 10/9/23   Time: 1720

Returned to Prisoner by: YKD   IS#: HHY8   Date: 10/9/23   Time: 1812




# Salt Lake County Sheriff's Office

## Corrections Bureau

Prisoner Grievance Form

Prisoner Name: Nicholas Lear    SO # 387551    Housing Assignment 3-D-32

Date: 09 / 1 / 23 Description of Grievance: The administration is using the jail disciplinary process to obstruct justice by obstructing my ability to contact the FBI, to report the 02/12-13/2022 crime of Kidnapping, torture, and attempted murder of myself, who is and was homeless. People working at the jail were involved, and protect my those, and derailing my settlement out of court for $40 billion is why. I suspect organ harvesting & food stamp/medical fraud.

***Do not write beyond this point - For Jail Staff Only***

Read and Received by Officer: Hansen    IS# B3    Date 04-1-23 Time 1433

Routed by: _____ Name _____    IS# _____ Date _____ Time _____

Housing _____ Processing _____ Services _____ Support _____ Programs _____ Security _____ Other _____

Reply: This is a non-grievable matter please look at Section 30 in the rule book.

Disposition by: Hansen    IS# RC3    Date 04 / 1 / 23 Time: 1454
Returned to Prisoner by: Phan    IS# RC9    Date 09 / 1 / 23 Time: 1822

Routing:    Pink – Prisoner's Receipt    Yellow – Prisoner's Copy of Reply    White – Administration

Revised – June 2015    FORM-JAIL017    GRAMA – Public/Protected    Retention: Permanent



# Salt Lake County Sheriff's Office

## Corrections Bureau

### Prisoner Grievance Form

Prisoner Name: Nicholas Lear   SO # 387554   Housing Assignment 8-D-29

Date: 10/23/23 Description of Grievance: Author L96 responded to my KIOS Gang/Crime Tips disclosure regarding the 02/12-13/2022 Kidnapping, Torture & attempted murder by injection of myself, with the answer that Author L96 contacted the LDAs, and the LDAs said my claims were unfounded. The LDAs are not police. I want the FBI informed of the Kidnapping, and the case# to Author L96s investigation.

***Do not write beyond this point - For Jail Staff Only***

Read and Received by Officer: Loiselle   IS# RE6 Date 10-23-23 Time 1440

Routed by: _____ Name _____   IS# _____ Date _____ Time _____

Housing_____ Processing_____ Services_____ Support_____ Programs_____ Security_____ Other_____

Reply: Mr. Lear

Yeu Can not Grieve this

Thank you.

Disposition by: Sy1 Molern IS# MMb Date 10,23,23 Time: 1620

Returned to Prisoner by: Sy1 MoL IS# MNb Date 10,23,23 Time: 1750

Routing:   Pink – Prisoner's Receipt   Yellow – Prisoner's Copy of Reply   White – Administration

Revised – June 2015   FORM-JAIL017   GRAMA – Public/Protected   Retention: Permanent



# Salt Lake County Sheriff's Office

## Corrections Bureau

### Prisoner Grievance Form



Prisoner Name: Nicholas Lear   SO # 387554   Housing Assignment 8-D-29

Date: 10/07/23 Description of Grievance: On 09/06/2023 at 9:30 am in 8-D-29, UGIA officer Conrad questioned Myself, Nicholas Lear, about the 02/12-13/2022 crime of Kidnapping, Torture and Attempted Murder of me; and, my subsequent attempts to have the FBI contacted to report this crime. Luise Velle was present in my/his cell when during questioning, Conrad threatened charges if I attempted FBI contact, because he was now "investigating" 02/12-13/2022 crime. I want case number to Conrad's report; and, where is LOISE VELLE? RIP?

\*\*\*Do not write beyond this point - **For Jail Staff Only**\*\*\*

Read and Received by Officer: _S. Levins_   IS# FB9 Date 10/7/23 Time 1707

Routed by: L Name A. Pierce   IS# 189 Date 10/8/23 Time 0613

Housing_____ Processing_____ Services_____ Support_____ Programs_____ Security_____ Other_____

Prisoner Lear,

Reply: ____This answer is in response to your grievance submitted on 10/07/2023, concerning your complaint.

The above complaint is non-grievable to the conditions of the jail for which you are currently being held for under section (30) of the grievances in the prisoner handbook. Please take time to review the Prisoner Handbook which you have access to in your housing area. This has nothing to do with your conditions of your current conditions or treatment.

Your crime tip information regarding this complaint was investigated under SO23-11709 and there was no evidence to support your claim. It did show that you were arrested by Salt Lake City Police Department 2/12/2022. You were transported in a soft restraint body wrap by Salt Lake City Police Department due to being combative and the jail was asked for assistance in bringing you into the jail. During the course of the investigation, complaints had been come in from the Utah food Bank and JRRP of telephone calls made to them, regarding you contacting them. You were cautioned to no longer to make any further harassing calls for which you were put on restrictions for which is a crime under Utah Code 76-5-106 and a violation of the prisoner rule (16) Telephones rule (F). This matter is answered and will not be further investigated.

Disposition by: _Sgt_   IS# L45 Date 11/03/2023 Time: 0728

Returned to Prisoner by: _A. Pierce_   IS# 189 Date 11/3/2023 Time: 0947

Routing:   **Pink** — Prisoner's Receipt   **Yellow** — Prisoner's Copy of Reply   **White** — Administration

Revised – June 2015   FORM-JAIL017   GRAMA – Public/Protected   Retention: Permanent

**Security**   Received 10-09-2023 HU4
RECEIVED OCT 0 9 2023

# Salt Lake County Sheriff's Office

## Corrections Bureau

Prisoner Grievance Form

Prisoner Name: Nicholas Lear   SO # 387554   Housing Assignment 8-D-29

Date: 11 / 2 /23 Description of Grievance: I met with the competency restoration therapist Bruce Bishop on three occasions, and, at her two sessions in which Bruce could not explain Dr. Giles finding me incompetent, on 10/25/23, Bruce told me that my competency hinges on my assertions or denial of the 02/12-13/2022 kidnapping, torture & attempted murder of me. I refuse to lie, and refuse to be subjected to this. I want the Honorable Judge Welch to know!

***Do not write beyond this point - For Jail Staff Only***

Read and Received by Officer: _____ IS# ____ Date ____ Time ____

Routed by: ____ Name _____ IS# ____ Date ____ Time ____

Housing____ Processing____ Services____ Support____ Programs____ Security____ Other____

Reply: Recieved by Moser RF2

Disposition by: _____ IS# ____ Date __/__/__ Time: ____

Returned to Prisoner by: _____ IS# ____ Date __/__/__ Time: ____

Routing:   Pink – Prisoner's Receipt   Yellow – Prisoner's Copy of Reply   White – Administration

Revised – June 2015   FORM-JAIL017   GRAMA – Public/Protected   Retention: Permanent

**CIVIL COVER SHEET**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**
Nicholas Joseph Lear

**(b)** County of Residence of First Listed Plaintiff  Salt Lake
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*  Mailing
Pro Se: Nicholas Lear  Address
389 W. Winchester Ave.  only
Murray, Ut. 84107

**DEFENDANTS** ; Road Home, Premier Security
SLWA; SLPD; SLCMJ; SLCSO; Ut. Attorneys
Generals; 64 John Does; and, GMRC
County of Residence of First Listed Defendant  Salt Lake
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF
FILED IN UNITED STATES DISTRICT
Attorney COURT, DISTRICT OF UTAH

RECEIVED US Dist Court-UT
JAN 22 '24 PM04:18

JAN 23 2024

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

| | | |
|---|---|---|
| ☐ 1 U.S. Government Plaintiff | ☐ 3 Federal Question *(U.S. Government Not a Party)* | |
| ☐ 2 U.S. Government Defendant | ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)* | |

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholders' Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers' Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury<br>☐ 362 Personal Injury - Medical Malpractice | **PERSONAL INJURY**<br>☐ 365 Personal Injury - Product Liability<br>☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability<br>☐ 368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 690 Other | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br>**INTELLECTUAL PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 835 Patent - Abbreviated New Drug Application<br>☐ 840 Trademark<br>☐ 880 Defend Trade Secrets Act of 2016 | ☐ 375 False Claims Act<br>☐ 376 Qui Tam (31 USC 3729(a))<br>☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and Corrupt Organizations<br>☐ 480 Consumer Credit (15 USC 1681 or 1692)<br>☐ 485 Telephone Consumer Protection Act<br>☐ 490 Cable/Sat TV |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | ☒ 440 Other Civil Rights<br>☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing/ Accommodations<br>☐ 445 Amer. w/Disabilities - Employment<br>☐ 446 Amer. w/Disabilities - Other<br>☐ 448 Education | **Habeas Corpus:**<br>☐ 463 Alien Detainee<br>☐ 510 Motions to Vacate Sentence<br>☐ 530 General<br>☐ 535 Death Penalty<br>**Other:**<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition<br>☐ 560 Civil Detainee - Conditions of Confinement | ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Management Relations<br>☐ 740 Railway Labor Act<br>☐ 751 Family and Medical Leave Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Employee Retirement Income Security Act<br>**IMMIGRATION**<br>☐ 462 Naturalization Application<br>☐ 465 Other Immigration Actions | ☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g))<br>**FEDERAL TAX SUITS**<br>☐ 870 Taxes (U.S. Plaintiff or Defendant)<br>☐ 871 IRS—Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions<br>☐ 891 Agricultural Acts<br>☐ 893 Environmental Matters<br>☐ 895 Freedom of Information Act<br>☐ 896 Arbitration<br>☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision<br>☐ 950 Constitutionality of State Statutes |

**V. ORIGIN** *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from Another District *(specify)*  ☐ 6 Multidistrict Litigation - Transfer  ☐ 8 Multidistrict Litigation - Direct File

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:
Kidnapping, torture, attempted murder, obstruction of Justice.

**VII. REQUESTED IN COMPLAINT:**  ☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.    **DEMAND $**    CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes  ☐ No

**VIII. RELATED CASE(S) IF ANY**  *(See instructions):*    JUDGE _____  DOCKET NUMBER _____

Case: 2:24-cv-00058
Assigned To : Barlow, David
Assign. Date : 1/22/2024
Description: Lear v. Road Home et al

DATE _____    SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT #_____    AMOUNT _____    APPLYING IFP _____    JUDGE _____    MAG. JUDGE _____

OO E. CE ROVO, UT 84606

UNITED STATES
POSTAL SERVICE®

RDC 99

84101

UT 84062
JAN 19, 2024
**$3.03**
R2303S102881-15

U.S. DISTRICT COURT
DISTRICT OF UTAH
351 S. TEMPLE ST.
SLC, UT 84101